AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern District of Oklahoma__ on the following ☐ Patents or ☑ Trademarks:

| DOCKET NO.<br>07-CV-420-JHP-FHM | DATE FILED<br>7/31/2007 | U.S. DISTRICT COURT<br>Northern District of Oklahoma | |
|---|---|---|---|
| PLAINTIFF<br>AXIA Investment Management, Inc.; BOK Financial Corporation | | DEFENDANT<br>AXA; AXA Advisors, L.L.C.; AXA Network, L.L.C.; AXA Financial Inc.; AXA Private Equite US, LLC; AXA Investment Managers, Inc. | |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | 78876667 | | BOK Financial Corporation |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| This case was closed due to an Administrative Closing Order filed on 12/20/2007 on advise of counsel that case had settled. |

| CLERK<br>Phil Lombardi, Clerk | (BY) DEPUTY CLERK | DATE<br>12/21/2007 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy