**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1. AXIA INVESTMENT MANAGEMENT, INC., an Oklahoma corporation; and<br>2. BOK FINANCIAL CORPORATION, an Oklahoma corporation,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>1. AXA, a French limited liability company;<br>2. AXA ADVISORS, L.L.C., a Delaware limited liability company;<br>3. AXA NETWORK, L.L.C, a Delaware limited liability company;<br>4. AXA FINANCIAL INC., a Delaware corporation;<br>5. AXA PRIVATE EQUITY US, LLC, a Delaware limited liability company; and<br>6. AXA INVESTMENT MANAGERS, INC., a Delaware corporation,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 07-CIV-420-JHP-FHM |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to the Court's January 16, 2008 Minute Order, this Acton was administratively closed until May 20, 2008 to allow the Parties time to complete certain terms for settlement. These terms required Plaintiffs to select a new mark for use instead of the mark which is the subject of this Action and to submit the new mark to Defendants for approval, after which this Action would be dismissed without prejudice. The submission and approval of the new mark having been completed, and pursuant to Rule 41(a)(1)(ii), by joint stipulation of the parties, this action is dismissed without prejudice.

s/ J. Michael Medina
(*Signed by Filing Attorney with permission of Plaintiffs' attorney*)
Frederic Dorwart, OBA No. 2436
J. Michael Medina, OBA No. 6113
Penina Michlin Chiu, OBA No. 21493
FREDERIC DORWART, LAWYERS
124 East Fourth Street
Tulsa, Oklahoma 74103
Tel: (918) 583-9922
Fax: (918) 583 8251

Attorneys for the Plaintiffs


s/ Todd A. Nelson
Terry L. Watt, OBA #16745
Roy C. Breedlove, OBA #1097
Todd A. Nelson, OBA #15317
321 South Boston, Suite 800
Tulsa, Oklahoma 74103
Tel: (918)-599-0621
Fax: (918 583-9659

William C. Herbert, J.
Staas & Halsey, L.L.P.
1201 New York Avenue, N.W.
7th Floor
Washington, D.C.
Tel: (202) 434-1500
Fax: (202) 434-1501

Attorneys for the Defendants.